ACCEPTED
03-14-00445-CR
5180576
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/6/2015 3:55:03 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00445-CR

| | | |
|---|---|---|
| ALICIA MIDKIFF | § | IN THE COURT |
| | § | OF APPEALS |
| V. | § | |
| | § | THIRD JUDICIAL |
| THE STATE OF | § | |
| TEXAS | § | DISTRICT OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/6/2015 3:55:03 PM
JEFFREY D. KYLE
Clerk

## MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

Now comes Crystal D. Murray, Movant, and brings this Motion to Withdraw as Counsel and in support thereof shows:

1.     Movant is attorney of record for Alicia Midkiff, and was appointed by the trial to represent Appellant.

2.     Pursuant to her duties as Appellant's appointed counsel in this appeal, counsel has made a thorough and conscientious review of the entire record of the proceedings at the trial court to determine whether there are any non-frivolous issues that can be raised in this appeal.

3.     Counsel has determined there are no non-frivolous issues that may be raised in this appeal on behalf of the Appellant.

4.     Counsel has prepared a brief in conformity with *Anders v.*

*California*, 386 U.S. 738 (1967)to be filed in support of this motion to withdraw as counsel.

5.    Appellant will be mailed a copy of the brief, the motion to withdraw, Motion for Pro Se Access to the Appellate Record, and a letter explaining the process.

6.    The Appellant currently resides at:

> Alicia Midkiff
> TDCJ#01957699
> Crain Unit
> 1401 State School Road
> Gatesville, Texas 76599-2999

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court will grant her motion to withdraw on the face of this pleading.

> Respectfully submitted,
>
> Law Office of Joshua P. Murray
> 1001 Cypress Creek Road, Ste. 405
> Cedar Park, Texas 78613
> Tel: (512) 257-1010
> Fax: (512) 257-0005
>
>
> By:/s/ Crystal D. Murray
>     Crystal D. Murray
>     State Bar No. 24029611

crystal@cedarparklaw.com
Attorney for Alicia Midkiff

## CERTIFICATE OF SERVICE

This is to certify that on May 6, 2015, a true and correct copy of the above and foregoing document was served on the Williamson County Attorney's Office,Williamson County, Texas, via email to James LaMarca, jlamarca@wilco.org.

/s/ Crystal D. Murray
Crystal D. Murray

## No. 03-14-00445-CR

| ALICIA MIDKIFF | § | IN THE COURT |
|---|---|---|
| | § | OF APPEALS |
| V. | § | |
| | § | THIRD JUDICIAL |
| THE STATE OF | § | |
| TEXAS | § | DISTRICT OF TEXAS |

## <u>CERTIFICATE OF COUNSEL</u>

In compliance with the requirements of *Anders v. California,* 386 U.S. 378 (1967), I, Crystal D. Murray, court-appointed counsel for appellant, Alicia Midkiff, in the above referenced appeal, do hereby verify, in writing, to the Court that I have:

1.  notified appellant that I filed a motion to withdraw as counsel with an accompanying *Anders* brief, and provided a copy of each to appellant;

2. informed appellant of her right to file a pro se response identifying what she believes to be meritorious grounds to be raised in her appeal, should she so desire;

3. advised appellant of her right to review the appellate record, should she wish to do so, preparatory to filing that response;

4. explained the process for obtaining the appellate record, provided a *Motion for Pro Se Access to Appellate Record* lacking only appellant's signature and the date, and provided the mailing address for this Court; and

5. informed appellant of her right to seek discretionary review pro se should this Court declare her appeal frivolous.

Respectfully submitted,

/s/Crystal D. Murray
Crystal D. Murray